PD-0691-15

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

August 13, 2015

RE: Appealed from the District Court
of Harris County, Texas
262nd Judicial District
Cause No. 1403624

MAILED
8/14/15

Please file the MOTION FOR RECONSIDERATION with the Court as
a response to the dismissal of the PDR. Any assistance given will
be greatly appreciated.

Respectfully submitted,

James Applen

James Applen
Petitioner

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk

CAUSE NO. 1403624

THE STATE OF TEXAS

VS.

JAMES NOAH APPLON

IN THE

JUDICIAL DISTRICT COURT

HARRIS COUNTY, TEXAS

## MOTION FOR RECONSIDERATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JAMES APPLON, defendant, moves this court to reconsider the dismissal of his petition for discretionary review in the interests of justice, and in support of this motion shows:

I

Defendant respectfully points out that he is both confined and indigent. Thus, when requesting postage an inmate must give his mail to a Harris County Deputy and at that point the process for obtaining approval and postage is then limited to the mailroom. It is unclear as to what procedures take place once the mail reaching the mailroom is separated for inspection and postage, however, a brief review of the recent letter sent should indicate a postage date for determining diligence as well as the intent of the defendant to comply with the rules of this court. Additionally, it should be noted that the defendant was required to provide at least eleven (11) handwritten copies of his PDR even though he had limited supplies and access to the law library, which is not actually equipped for it's intended use. Also, the defendant's understanding and application of law is so limited.

## II.

In the interest of justice the defendant respectfully requests that the thirty-day period be calculated from the date and time the petition is signed. It is unclear as to what established practice regarding calculation exists. However, the defendant respectfully hopes this Court provides a reasonable grace period which allows for delays by the mail processing provider in establishing due diligence.

WHEREFORE, Defendant prays that the Court grant this motion and reconsider dismissal in this cause to provide him with an opportunity to be heard in relation to representation issues.

Respectfully submitted this the 13th day of August, 2015.


_James Applon_
Defendant


I, James Noah Applon, being presently incarcerated in Harris County Jail in Harris County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2015                    _James Applon_
                                                James Applon

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: James Neah Appleu

SPN: 01556660    Cell: 3-C-1

Street: 1200 Baker Street

Houston, Texas 77002

INDIGENT

7700220669

IN HOUSTON
TX 773
14 AUG '15
PM 2 L

02 1P
0004644282 AUG 14 2015
MAILED FROM ZIP CODE 77019
$ 000.48⁵
UNITED STATES POSTAGE
PITNEY BOWES

DISTRICT CLERK
14th court of Appeals
301 Faanin
Houston, Texas 77002